UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONICA JO JOHNSON, | ) |
| Plaintiff, | ) NO.  CV-09-3047-JPH |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 16th day of September, 2010.

JAMES R. LARSEN
District Court Executive/Clerk

by: ___s/ Karen White_____
Deputy Clerk

cc: all counsel